ACCEPTED
03-15-00201-CV
7821593
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 1:37:38 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00201-CV**

IN THE **THIRD COURT OF APPEALS**

AT **AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 1:37:38 PM
JEFFREY D. KYLE
———————————————— Clerk

WAYNE NOVY, by and through his legal guardian Forrest Novy,
*Appellant*,

vs.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CHRIS TRAYLOR in his official capacity as Executive Commissioner of the Texas Health and Human Services Commission,
*Appellees*.

*ON APPEAL FROM COUNTY COURT AT LAW NO. 1, TRAVIS COUNTY*

**JOINT STATUS REPORT AND MOTION TO EXTEND ABATEMENT**

All of the parties to this appeal—Appellant Wayne Novy ("Mr. Novy"), by and through his legal guardian Forrest Novy, and Appellees Texas Health and Human Services Commission ("THHSC") and Chris Traylor, Executive Commissioner of THHSC[*]—provide this joint status report to the Court and move the Court to extend the abatement of the appeal ordered in the Memorandum Opinion of August 21, 2015 ("abatement order").

_____

[*] Under Tex. R. App. Proc. 7.2(a), Chris Traylor, the current THHSC Executive Commissioner should be substituted as a party for Kyle Janek, the former THHSC Executive Commissioner.

1

## I. JOINT STATUS REPORT

1.   The Court's abatement order abated the appeal and tolled all filing deadlines, but directed that, without further order, the abatement would end on December 18, 2015. It also instructed the parties to submit by that date either a status report or a motion to dismiss. The parties jointly submit this status report, along with a joint motion to extend the period of abatement. *See* Part II, below.

2.   The substantive issue in this legal dispute is whether the 2014 transfer decision concerning the appellant, Mr. Novy, is legally valid. The basis for the original joint motion to abate was that the 2014 transfer decision was being re-evaluated. At the time the previous joint motion was filed, it was anticipated that the re-evaluation would be completed in ninety days.

3.   This re-evaluation period has since been extended another ninety days or so. On or about November 5, 2015, notice was provided that the period of re-evaluation was being extended and should be completed by sometime in February 2016. This new extension means that whether the substantive legal dispute is going to remain a live controversy remains an open question, one which will not be answered until sometime shortly before March 1, 2016.

## II. JOINT MOTION TO EXTEND ABATEMENT PERIOD

4. In light of the matters set forth in the foregoing status report, the parties to this appeal agree that it would serve the interests of justice and promote judicial economy for the Court to continue in effect the abatement of all further proceedings in this appeal in order to allow time for the re-evaluation to be completed and for those affected by the re-evaluation to be notified of, and have at least a short time to consider, the result of that re-evaluation. The parties suggest that the abatement be extended until at least March 18, 2016.

5. It is further urged by the parties that the order extending the abatement include a provision that the briefing schedule be such that the appellant's opening brief (if one remains necessary at the end of the abatement period) be due no earlier than fifteen days from the end of the abatement period. This approach would avoid potential confusion and uncertainty about whether the opening brief would otherwise be due on the very same day that the abatement period ends.

Wherefore, based on the foregoing matters, the parties to this appeal jointly urge the Court to grant this Joint Motion, extend the abatement peri-

od until March 18, 2016, and direct that any opening brief by the appellant be due fifteen days from the end of the abatement period.

Respectfully submitted,

__/s/ Renea Hicks_____
Renea Hicks
State Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas 78701-2934
(512) 480-8231
(512) 480-9105 fax
rhicks@renea-hicks.com

ATTORNEY FOR APPELLANT


__/s/ Eugene A. Clayborn_____
EUGENE A. CLAYBORN
State Bar No.: 00785767
Assistant Attorney General
Deputy Chief, Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
eugene.clayborn@texasattorneygeneral.gov

ATTORNEY FOR APPELLEES

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Joint Status Report and Motion to Extend Abatement has been served through the electronic filing system on the following counsel of record for the appellees on November 13, 2015:

Eugene A. Clayborn, Assistant Attorney General
Deputy Chief, Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
eugene.clayborn@texasattorneygeneral.gov.

_/s/ Renea Hicks_____
Renea Hicks